HOUSTON OIL CO. OF TEXAS et al. v. POLLARD et al. (Circuit Court of Appeals, Fifth Circuit. December 7, 1909.) No. 1,997. Appeal and Cross-Appeal from the Circuit Court of the United States, for the Southern District of Texas. H. O. Head and T. M. Kennerly, for appellants. Presley K. Ewing, Sam Streetman, and Frank Andrews, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The decree in favor of Ellen Lee Mason is affirmed, for the reasons given in the master's report; and the decree in favor of the Houston Oil Company against Uriah A. Pollard and others is affirmed, for the reasons given in the master's report, to wit: "The special master finds the title to the land claimed by them to be in the Houston Oil Company of Texas, and recommends judgment accordingly, because it is not shown that they have evidenced or set up any claim whatever to the land until November 17, 1908—more than 60 years after the execution of the deeds under which they hold—beyond the filing of their deeds for record in the deed records of a county, whose name is not given"—and because the evidence shows that the Houston Oil Company deraigned title through duly recorded deeds from the sovereign to the present time, under which deeds it and its predecessor have constantly asserted title to and exercised ownership since 1882 of the land in question, by returning the same for taxes, paying some taxes, appropriating timber thereon, and by frequent actual possession through agents and tenants. The costs of this court to be divided.

McCORMICK, Circuit Judge, concurs as to the decree in favor of Ellen Lee Mason, but dissents as to the appeal of Uriah A. Pollard and others.